

January 27, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/29/2015 3:57:15 PM
CHRISTOPHER A. PRINE
Clerk

THOMAS A MARTIN
ATTORNEY OF RECORD
1018 PRESTON #500
HOUSTON, TX 77002

Defendant's Name: JAMES WILLIS BEN

Cause No: 1452387

Court: 337TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 1-22-15
**Sentence Imposed Date:** 1-22-15
**Court of Appeals Assignment:** First Court of Appeals
**Appeal Attorney of Record:** THOMAS A MARTIN

Sincerely,

L Arriaga
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

MARY ANN RODRIGUEZ (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin P.O. Box 4651 Houston, Texas 77210-4651

Cause No. _145-2387_

The State of Texas

_James Ben_       V.       , A/K/A/ _____

P2

---

_337th_ **District Court / County Criminal Court at Law No. _____**

**Harris County, Texas**

---

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

On ~~_James Ben_~~ _____ (date), the defendant in the above numbered and styled cause gives **NOTICE OF APPEAL** of his conviction.

The undersigned attorney (check appropriate box):

☑ **MOVES** to withdraw.
☐ **ADVISES** the court that he will **CONTINUE** to represent the defendant on appeal.

_1/22/14_
**Date**

_James Ben_
**Defendant (Printed name)**

_Craig Bundell_
**Attorney (Signature)**

_Craig Bundell_
**Attorney (Printed name)**

_00796033_
**State Bar Number**

_8123 Bo Jack Hou. TX 77040_
**Address**

_(713) 553-1544_
**Telephone Number**

The defendant (check all that apply):

☑ **REPRESENTS** to the court that he is presently **INDIGENT** and **ASKS** the court to immediately **APPOINT** appellate counsel to represent him.

☑ **ASKS** the Court to **ORDER** that a free record be provided to him.

☑ **ASKS** the court to set **BAIL.**

Accordingly, Appellant **ASKS** the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

X _James Ben_
**Defendant (Signature)**

X _James Ben_
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON _____

By Deputy District Clerk of Harris County, Texas _____



# ORDER

On ___1/22/15___ the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time.

☑ **IS** indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record.

    ☑ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

☑ Counsel's motion to withdraw is **GRANTED** / **DENIED.**

☐ Defendant / appellant's motion (to be found indigent) is **DENIED.**

☐ Defendant's / appellant's motion is **GRANTED** and

    ☐ _____(attorney's name & bar card number)
    is **APPOINTED** to represent defendant / appellant on appeal.

    ☐ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

☐ **SET** at $ ___∅___

☐ **TO CONTINUE** as presently set.

☒ **DENIED** and is **SET** at **NO BOND.** (Felony Only)

DATE SIGNED: ___1-22-15___

_Renee Magee_
JUDGE PRESIDING,
**337** DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO. ____,
HARRIS COUNTY, TEXAS

# 'PAUPER'S OATH ON APPEAL

CAUSE NO.: _145_73_87_  OFFENSE: _PCS_

THE STATE OF TEXAS  _337__ DISTRICT COURT

VS.  OF

_James Ben_  HARRIS COUNTY, TEXAS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES _James Ben_, defendant in the above styled and numbered cause, and states under oath that he is without funds, property or income. The defendant respectfully petitions the court to: (check all that apply)

☑ Appoint appellate counsel to represent him.

☑ Asks the court to order that a free record be provided to him.

X _JAMES BEN_
DEFENDANT

SUBSCRIBED AND SWORN to before me, this_____day of _1-22-15_ A.D., 20____.

_____
DEPUTY DISTRICT CLERK
DISTRICT COURT
HARRIS COUNTY, TEXAS

FILED
Chris Daniel
District Clerk
JAN 22 2015
Time: _____
Harris County, Texas
By _____ Deputy

## ORDER

On _1/22/15_ the court conducted a hearing and found that the defendant is indigent.

☒ The court orders that _Thomas A. Martin_ is appointed to represent defendant/appellant on appeal.

☒ The court reporter is ordered to prepare and file the reporter's record without charge to the defendant/appellant.

It is further ordered that the clerk of this court mail a copy of the order to the court reporter: _____, by certified mail return receipt requested.

_Renee Magee_
JUDGE PRESIDING
_337_ DISTRICT COURT
HARRIS COUNTY, TEXAS

## AFFIRMATION

I, _Thomas A. Martin_, Attorney at Law, swear or affirm that I will be solely responsible for writing a brief and representing the appellant on appeal. If I am not able to preform my duties as appellate counsel, I will notify the court immediately so that the court may take the appropriate action as deemed necessary.

_Thomas A. Martin_  _585114495_  _06638569_
ATTORNEY (SIGNATURE)  BAR/SPN NUMBER

_1918 Preston #500_  _Houston_ _TX_ _77002_
ADDRESS  CITY  STATE  ZIP

_713-222-0556_  _713-222-7022_
PHONE  FAX NUMBER

_tmartin @ justice.com_
EMAIL ADDRESS

SWORN TO AND SUBSCRIBED BEFORE ME ON _1-22-15_.

_____  _22| 946_
DEPUTY DISTRICT CLERK (SIGNATURE)

 

Cause No. 1452387

| | |
|---|---|
| THE STATE OF TEXAS | IN THE    DISTRICT COURT |
| v. | COUNTY CRIMINAL COURT AT LAW No. ____ |
| BEN, JAMES WILLIS , Defendant | HARRIS COUNTY, TEXAS |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- [✓] is not a plea-bargain case, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, and the defendant has NO right of appeal. [*or*]
- [ ] the defendant has waived the right of appeal.

**FILED**
Chris Daniel
District Clerk
Time: JAN 22 2015
By _____ Harris County, Texas
Deputy

_____Renee Magee_____    _____1-22-15_____    _____
Judge                                       Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____James Ben_____                    _____
Defendant                                        Defendant's Counsel

Mailing Address: _____          State Bar of Texas ID number: 00796032

Telephone number: _____        Mailing Address: _____

Fax number (if any): _____      Telephone number: _____

                                          Fax number (if any): _____

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

# APPEAL CARD

1st

Court **332**

3-23-15

Cause No. **1462382**

### The State of Texas
### Vs

Ben James Willis

Date Notice
Of Appeal: **1-22-15**     1-22-15

Presentation:          Vol._____ Pg._____

Judgment:          Vol._____ Pg._____

Judge Presiding **Renee Magee**

Court Reporter **Mary Ann Rodriguez**

Court Reporter_____

Court Reporter_____

Attorney
on Trial **Craig Bundick**

Attorney
on Appeal_____

Appointed **✓** Hired_____

Offense **Possession Cocaine 4G 200G**

Jury Trial     Yes **✓** No_____

Punishment
Assessed **35 years TDC**

Companion Cases
(If Known) **N/A**

Amount of
Appeal Bond **N/A**

Appellant
Confined:     Yes_____ No_____

Date Submitted
To Appeal Section **1-22-15**     22/997

Deputy Clerk _____